The People of the State of New York ex rel. Stephen S. Walsh, Appellant, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Walsh* v. *Bingham*, 128 App. Div. 929, affirmed.
(Argued March 15, 1910; decided March 29, 1910.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 20, 1908, which dismissed a writ of certiorari and affirmed the proceedings of the defendant in dismissing the relator from the police force of the city of New York.

*Van Sinderen Lindsley* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Haight, Vann, Werner, Willard Bartlett, Hiscock and Chase, JJ.